**Order filed June 4, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00034-CV

_____

**DIANE CRUMLEY DEE; DINA CRUMLEY WHITE AS DEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIE BARNES CRUMLEY; AND BRIDGET D. ELLIOTT AS TRUSTEE OF BC TRUST, Appellants**

**V.**

**CROSSWATER YACHT CLUB, LP; CROSSWATER YACHT CLUB MANAGEMENT, LLC; AND HARBOR VENTURES, INC., Appellees**

___

**On Appeal from the 126th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-09-000550**

___

# O R D E R

Appellant's brief was due May 18, 2015. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **June 23, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM